FILED

04/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0053

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0053

_____

A & A CONSTRUCTION, INC.,

  Plaintiff-Appellant,

  v.

ATLANTIC CASUALTY INSURANCE
COMPANY,

  Defendant-Appellee

_____

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing Appellant A & A Construction, Inc.'s opening brief filed electronically on April 7, 2020, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 11(6)(b)(iii) requires the cover page to include the name, the venue of the tribunal, and the judge in which the case originated or from which an appeal is taken. Appellant's brief includes the name and venue of the tribunal from which this appeal is taken but not the name of the presiding judge.

M. R. App. P. 12(1)(d) requires a "statement of the facts relevant to the issues presented for review, with references to the pages or the parts of the record at which material facts appear." Appellant's brief includes a discussion of the facts, but the statement of facts does not contain appropriate references to the record. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules, and the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than

those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to all parties of record.

DATED this _____ day of April, 2020.

For the Court

By_____

Justice

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
April 8 2020